UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>          Plaintiff,<br><br>     v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>          Defendants. | No. 2:23-cv-00056-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 18) |

Plaintiff Raghvendra Singh is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 25, 2024, the assigned magistrate judge dismissed plaintiff's first amended complaint with leave to amend and directed plaintiff to file a second amended complaint within sixty (60) days. (Doc. No. 15.) On September 4, 2024, plaintiff filed a motion to appoint counsel which, on November 14, 2024, the assigned magistrate judge denied and extended the time for plaintiff to file a second amended complaint to within thirty (30) days from the date of entry of that order. (Doc. Nos. 16, 17.) Plaintiff did not file a second amended complaint and to date still has not done so. Accordingly, on January 16, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action. (Doc. No. 18.) The findings and recommendations

1 | were served upon plaintiff and contained notice that any objections thereto were to be filed within
2 | fourteen (14) days after service. (*Id.* at 2.) To date, plaintiff has not filed any objections to the
3 | pending findings and recommendations and the time in which to do so has passed.
4 |     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
5 | *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
6 | pending findings and recommendations are supported by the record and proper analysis.
7 |     Accordingly,
8 |     1.    The findings and recommendations issued on January 16, 2025 (Doc. No. 18) are
9 |         adopted in full;
10 |     2.    This action is dismissed, without prejudice, due to plaintiff's failure to prosecute;
11 |         and
12 |     3.    The Clerk of the Court is directed to close this case.
13 | IT IS SO ORDERED.
14 | Dated: **April 25, 2025**
15 | DALE A. DROZD
   | UNITED STATES DISTRICT JUDGE